IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JIMMY L. WICOFF                                                            PLAINTIFF

V.                          NO. 1:05CV00044-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

IT IS SO ORDERED.

DATED this 31st day of May, 2006.

_____
UNITED STATES MAGISTRATE JUDGE